CASE 50—PETITION EQUITY—JANUARY 28.

## Russell vs. Shively, &c.

APPEAL, FROM MARION CIRCUIT COURT.

The circuit court erred in rescinding the contract when an exhibition of a perfect title was required, and a rescission was not asked for. The court ought to have held the case up for a further experiment as to title, and ought also to have required the vendors to show their title, and have given time, if necessary, for perfecting it; and, if they could not present a sufficient title, after such probation, the vendee should elect to take their conveyance with warranty or rescind the contract.

RUSSELL & AVRITT,                                    For Appellant,

CITED—

*Civil Code, secs.* 36, 18, 29.

2 *Parsons on Contracts, p.* 562, *et seq., note e,* 562.

1 *Marshall,* 167.

W. B. HARRISON,                                    For Appellees.

JUDGE ROBERTSON DELIVERED THE OPINION OF THE COURT:

As the appellant, Russell, required, as he had a right to do, an exhibition of a perfect title, and did not ask for a rescission of the contract, the circuit court erred in rescinding it; but ought to have held the case up for a

further experiment as to title, and ought also to have required the appellees to show their title, and have given time, if necessary, for perfecting it; and, if they could not present a sufficient title, after such probation, the appellant should elect to take their conveyance with warranty or rescind the contract.

Wherefore, the judgment is reversed, and the cause remanded for further proceedings. .